AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| WIND CONDOMINIUM ASSOCIATION, INC., a Florida condominium association; and, LATITUDE ON THE RIVER CONDOMINIUM ASSOCIATION, INC., a Florida condominium association,<br>*Plaintiff(s)*<br>v.<br>ALLIED TUBE & CONDUIT CORPORATION, a Delaware corporation; TYCO INTERNATIONAL PLC, f/k/a TYCO INTERNATIONAL, LTD., a foreign limited company, et al.<br>*Defendant(s)* | Civil Action No. 1:15-cv-24266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Allied Tube & Conduit Corporation
c/o Registered Agent
CT Corporation Systems
1200 S. Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ERVIN A. GONZALEZ - Fla. Bar No. 500720 - Ervin@colson.com
PATRICK S. MONTOYA - Fla. Bar No. 524441 - Patrick@colson.com
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400 Fax: (305) 476-7444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: December 11, 2015



Steven M. Larimore
Clerk of Court

*s/ C. Barnes-Butler*
Deputy Clerk
U.S. District Courts

SUMMONS