UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-24266

WIND CONDOMINIUM ASSOCIATION, INC.,
a Florida condominium association; and
LATITUDE ON THE RIVER CONDOMINIUM
ASSOCIATION, INC., a Florida condominium
association;

    Plaintiffs,

        v.

ALLIED TUBE & CONDUIT CORPORATION,
a Delaware corporation; TYCO
INTERNATIONAL PLC, f/k/a TYCO
INTERNATIONAL, LTD., a foreign limited
company; TYCO FIRE PRODUCTS, LP, a
Delaware limited partnership; LUBRIZOL
ADVANCED MATERIALS, INC., f/k/a
NOVEON, INC., a Delaware corporation; THE
LUBRIZOL CORPORATION, an Ohio
corporation; THE VIKING CORPORATION, a
Michigan corporation; SUPPLY NETWORK,
INC., a/k/a VIKING SUPPLYNET, a Michigan
corporation; VICTAULIC COMPANY, a New
Jersey company; GEORG FISCHEL HARVEL
LLC, a Pennsylvania limited liability company;
NIBCO INC., an Indiana corporation; SPEARS
MANUFACTURING CO., a California
corporation; ATKORE INTERNATIONAL,
INC., f/n/a Tyco International Ltd. Electrical &
Metal Products division, a Delaware corporation;
HD SUPPLY WATERWORKS GROUP, INC., a
Delaware company; HD SUPPLY
WATERWORKS, LTD., a Florida Limited
Company;

    Defendants.
_____/

1

## **NOTICE OF APPEARANCE**

Please take notice that Fredrick H.L. McClure and Harout Jack Samra of DLA Piper LLP (US) hereby enter their appearances in this action as attorneys for Defendants The Lubrizol Corporation and Lubrizol Advanced Materials, Inc.

Please serve all further notices, pleadings and other papers in this action on Mr. McClure and Mr. Samra, who are admitted to practice before this Court.

Dated: December 28, 2015    Respectfully submitted,

**DLA PIPER LLP (US)**

By: _s/ Harout Jack Samra_
 Fredrick H.L. McClure
 Florida Bar No. 147354
 fredrick.mcclure@dlapiper.com
 Harout Jack Samra
 Florida Bar No. 70523
 Harout.Samra@dlapiper.com
 200 S. Biscayne Blvd., Suite 2500
 Miami, FL 33131
 Telephone: 305-423-8500

 *Counsel for Defendants The Lubrizol*
 *Corporation and Lubrizol Advanced*
 *Materials, Inc. f/k/a Noveon, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ Harout Jack Samra
      Harout Jack Samra

## SERVICE LIST
### Wind Condominium Association, Inc., et al.,
### v. Allied Tube & Conduit Corporation, et al.
### Case No. 15-CV-24266

| | |
|---|---|
| Steven M. Siegfried, Esq.<br>Stuart Sobel, Esq.<br>Alton C. Hale, Jr., Esq.<br>SIEGFRIED, RIVERA, HYMAN, LERNER,<br>DE LA TORRE, MARS & SOBEL, P.A.<br>201 Alhambra Circle, Suite 1102<br>Coral Gables, Florida 33134<br>Phone: (305) 442-3334<br>Fax: (305) 443-3292<br>SSiegfried@srhl-law.com<br>SSobel@srhl-law.com<br>AHale@srhl-law.com<br><br>*Counsel for Plaintiffs* | Ervin A. Gonzalez, Esq.<br>Patrick S. Montoya, Esq.<br>COLSON, HICKS, EIDSON, GONZALEZ,<br>MARTINEZ, KALBAC & KANE<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com<br>Patrick@colson.com<br><br>*Counsel for Plaintiffs* |