**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-CV-24266**

WIND CONDOMINIUM ASSOCIATION, INC., a Florida condominium association; and LATITUDE ON THE RIVER CONDOMINIUM ASSOCIATION, INC., a Florida condominium association;

 Plaintiffs,

   v.

ALLIED TUBE & CONDUIT CORPORATION, a Delaware corporation; TYCO INTERNATIONAL PLC, f/k/a TYCO INTERNATIONAL, LTD., a foreign limited company; TYCO FIRE PRODUCTS, LP, a Delaware limited partnership; LUBRIZOL ADVANCED MATERIALS, INC., f/k/a NOVEON, INC., a Delaware corporation; THE LUBRIZOL CORPORATION, an Ohio corporation; THE VIKING CORPORATION, a Michigan corporation; SUPPLY NETWORK, INC., a/k/a VIKING SUPPLYNET, a Michigan corporation; VICTAULIC COMPANY, a New Jersey company; GEORG FISCHEL HARVEL LLC, a Pennsylvania limited liability company; NIBCO INC., an Indiana corporation; SPEARS MANUFACTURING CO., a California corporation; ATKORE INTERNATIONAL, INC., f/n/a Tyco International Ltd. Electrical & Metal Products division, a Delaware corporation; HD SUPPLY WATERWORKS GROUP, INC., a Delaware company; HD SUPPLY WATERWORKS, LTD., a Florida Limited Company;

 Defendants.
_____/

1

### THE LUBRIZOL CORPORATION AND LUBRIZOL ADVANCED MATERIALS, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants The Lubrizol Corporation and Lubrizol Advanced Materials, Inc. (collectively, the "Lubrizol Defendants"), with the agreement of Plaintiffs and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, respectfully move for a one month extension of time for the filing of responsive pleadings (the "Motion"), and state the following in support:

1. Plaintiffs served the Lubrizol Defendants with process on December 14, 2015. Accordingly, pursuant to Fed. R. Civ. P. 12(1)(A)(i), the Lubrizol Defendants must file responsive pleadings no later than Monday, January 4, 2016.

2. To adequately respond to the Complaint and due to the intervening holidays, the Lubrizol Defendants require additional time to formulate their responsive pleadings and request a one month extension of time through February 4, 2016.

3. The Motion is filed in good faith and not for the purpose of delay.

4. Granting the Motion will not unduly delay the litigation.

5. Pursuant to Local Rule 7.1(a)(2), a proposed order is submitted together with the Motion.

WHEREFORE, the Lubrizol Defendants respectfully request that this Court grant their Motion for Enlargement of Time to File Responsive Pleadings, and any further relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1.(a)(3), undersigned counsel certifies that counsel for the Lubrizol Defendants conferred with Plaintiff's counsel, Ervin A. Gonzalez, on December 22, 2015, and that Plaintiffs do not oppose the relief sought in the Motion.

Dated: December 28, 2015

Respectfully submitted,

**DLA Piper LLP (US)**

By: _s/ Harout Jack Samra_
    Fredrick H.L. McClure
    Florida Bar No. 147354
    fredrick.mcclure@dlapiper.com
    Harout Jack Samra
    Florida Bar No. 70523
    Harout.Samra@dlapiper.com
    200 S. Biscayne Blvd., Suite 2500
    Miami, FL 33131
    Telephone: 305-423-8500

Of Counsel:

Stefanie Jill Fogel
Maia Sevilla-Sharon
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110
Tel.: 617-406-6053
Fax: 215-606-3364
stefanie.fogel@dlapiper.com
Maia.SevillaSharon@dlapiper.com
*Pro Hac Vice* to be Filed

James M. Brogan
DLA Piper LLP (US)
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
Tel.: 215-656-3350
Fax: 215-606-3350
james.brogan@dlapiper.com
*Pro Hac Vice* to be Filed

Andrew M. Fraerman
DLA Piper LLP (US)
203 North LaSalle St., Suite 1900
Chicago, Illinois 60601-1293
Tel.: 312-368-2133
Andrew.Fraerman@dlapiper.com
*Pro Hac Vice* to be Filed

*Attorneys for Defendants The Lubrizol Corporation and Lubrizol Advanced Materials, Inc. f/k/a Noveon, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ Harout Jack Samra<br>
Harout Jack Samra

**SERVICE LIST**
**Wind Condominium Association, Inc., et al.,**
**v. Allied Tube & Conduit Corporation, et al.**
**Case No. 15-CV-24266**

| | |
|---|---|
| Steven M. Siegfried, Esq._<br>Stuart Sobel, Esq._<br>Alton C. Hale, Jr., Esq._<br>SIEGFRIED, RIVERA, HYMAN, LERNER, DE LA TORRE, MARS & SOBEL, P.A._<br>201 Alhambra Circle, Suite 1102_<br>Coral Gables, Florida 33134_<br>Phone: (305) 442-3334_<br>Fax: (305) 443-3292_<br>SSiegfried@srhl-law.com_<br>SSobel@srhl-law.com_<br>AHale@srhl-law.com_<br><br>*Counsel for Plaintiffs* | Ervin A. Gonzalez, Esq._<br>Patrick S. Montoya, Esq._<br>COLSON, HICKS, EIDSON, GONZALEZ, MARTINEZ, KALBAC & KANE_<br>255 Alhambra Circle, PH_<br>Coral Gables, FL 33134_<br>Phone: (305) 476-7400_<br>Fax: (305) 476-7444_<br>Ervin@colson.com_<br>Patrick@colson.com_<br><br>*Counsel for Plaintiffs* |