UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:15-cv-24266-MARTINEZ/GOODMAN**

WIND CONDOMINIUM ASSOCIATION,
INC., a Florida condominium association; and,
LATITUDE ON THE RIVER
CONDOMINIUM ASSOCIATION, INC., a
Florida condominium association,

Plaintiffs,

v.

ALLIED TUBE & CONDUIT
CORPORATION, a Delaware corporation;
TYCO INTERNATIONAL PLC, f/k/a TYCO
INTERNATIONAL, LTD., a foreign  limited
company; TYCO FIRE PRODUCTS, LP, a
Delaware limited partnership; LUBRIZOL
ADVANCED MATERIALS, INC., f/k/a
NOVEON, INC. a Delaware corporation; THE
LUBRIZOL CORPORATION, an Ohio
corporation; THE VIKING CORPORATION, a
Michigan corporation;  SUPPLY NETWORK,
INC., a/k/a VIKING SUPPLYNET, a Michigan
corporation; VICTAULIC COMPANY, a New
Jersey company, GEORG FISCHEL HARVEL
LLC, a Pennsylvania limited liability company;
NIBCO INC., an Indiana corporation;  SPEARS
MANUFACTURING CO., a California
corporation; ATKORE INTERNATIONAL,
INC., f/n/a Tyco International Ltd. Electrical &
Metal Products division, a Delaware
corporation; HD SUPPLY WATERWORKS
GROUP, INC., a Delaware company; HD
SUPPLY WATERWORKS, LTD., a Florida
Limited Company;

                Defendants.

_____/

**NOTICE OF FILING AMENDED CLASS ACTION COMPLAINT
AND DEMAND FOR JURY TRIAL**

Pursuant to Rule 15(a)(1) Plaintiffs, WIND CONDOMINIUM ASSOCIATION, INC., and,

LATITUDE ON THE RIVER CONDOMINIUM ASSOCIATION, INC., hereby file an

Amended Class Action Complaint and Demand for Jury Trial to amend allegations against

Defendants LUBRIZOL ADVANCED MATERIALS, INC., and LUBRIZOL CORPORATION.

The Amended Complaint is attached hereto as Exhibit A.

    Dated: February 22, 2016.

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.
*Attorneys for Plaintiffs*
201 Alhambra Circle, Suite 1102
Coral Gables, Florida 33134
Phone: (305) 442-3334
Fax: (305) 443-3292
Email:  ahale@srhl-law.com
ssiegfried@srhl-law.com
ssobel@srhl-law.com

By:  /s/ Steven M. Siegfried
Steven M. Siegfried, Esq.
Florida Bar Number: 208851
Stuart Sobel, Esq.
Florida Bar Number:
Alton C. Hale, Jr., Esq.
Florida Bar Number: 987190

COLSON HICKS EIDSON GONZALEZ
MARTINEZ KALBAC & KANE
*Attorneys for Plaintiffs*
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: ervin@colson.com
patrick@colson.com

By:  /s/ Ervin A. Gonzalez
Ervin A. Gonzalez, Esq.
Florida Bar Number: 500720
Patrick S. Montoya, Esq.
Florida Bar Number:524441

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2016, I caused the foregoing Notice to be electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Patrick S. Montoya
PATRICK S. MONTOYA