# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:15-cv-24266-MARTINEZ/GOODMAN

WIND CONDOMINIUM ASSOCIATION,
INC., a Florida condominium association; and,
LATITUDE ON THE RIVER
CONDOMINIUM ASSOCIATION, INC., a
Florida condominium association,

Plaintiffs,

v.                                                    <u>CLASS ACTION</u>

ALLIED TUBE & CONDUIT
CORPORATION, a Delaware corporation;
TYCO INTERNATIONAL PLC, f/k/a TYCO
INTERNATIONAL, LTD., a foreign  limited
company; TYCO FIRE PRODUCTS, LP, a
Delaware limited partnership; LUBRIZOL
ADVANCED MATERIALS, INC., f/k/a
NOVEON, INC. a Delaware corporation; THE
LUBRIZOL CORPORATION, an Ohio
corporation; THE VIKING CORPORATION, a
Michigan corporation;  SUPPLY NETWORK,
INC., a/k/a VIKING SUPPLYNET, a Michigan
corporation; VICTAULIC COMPANY, a New
Jersey company, GEORG FISCHEL HARVEL
LLC, a Pennsylvania limited liability company;
NIBCO INC., an Indiana corporation;  SPEARS
MANUFACTURING CO., a California
corporation; ATKORE INTERNATIONAL,
INC., f/n/a Tyco International Ltd. Electrical &
Metal Products division, a Delaware
corporation; HD SUPPLY WATERWORKS
GROUP, INC., a Delaware company; HD
SUPPLY WATERWORKS, LTD., a Florida
Limited Company;

                              Defendants.
_____/

## <u>PLAINTIFFS' MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT TO ADD NEW DEFENDANTS</u>

Plaintiffs, pursuant to Fed. R. Civ. P. 15 files this Motion to Amend the Amended Complaint and in support thereof states as follows:

1. Plaintiffs seek to add new defendants to this case, the general contractor, developers and fire sprinkler installers of the Latitude on the River Condominium, specifically, Miami Riverfront Partners, LLC, Miami Riverwalk Investments, LLC, Suffolk Construction Company, Inc. and Summers Fire Sprinklers, Inc.

2. Plaintiffs' proposed Second Amended Complaint with the new defendants is attached hereto as Exhibit A.

3. The additional defendants are necessary in light of Judge John Thornton's order in the case of Latitude on the River Condominium Association, Inc. v. Miami Riverwalk Partners, LLC, et al., pending in the Eleventh Judicial Circuit in and for Miami-Dade County, case no. 15-592. Judge Thornton required that Plaintiffs amend their complaint in this action to bring in the aforementioned defendants so that all of the fire sprinkler system issues were heard in the same forum. Ex. B, J. Thornton's Order of March 23, 2016.

4. Plaintiffs also added additional jurisdictional allegations at to Defendant Tyco International plc and dropped counts as to all Defendants based upon the South Florida Building Code.

5. Pursuant to Fed. R. Civ. P. 15(a)(2), "The court should freely give leave when justice so requires."

6. In light of Judge Thornton's order requiring the amendment, Plaintiffs have not conferred with Defendants as to whether they have any opposition to the instant motion.

WHEREFORE, Plaintiff requests that the Court enter an Order granting its Motion to Amend Complaint and deem the Complaint filed from the date of entry of the Order.

Dated: April 22, 2016

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.
*Attorneys for Plaintiffs*
201 Alhambra Circle, Suite 1102
Coral Gables, Florida 33134
Phone: (305) 442-3334
Fax: (305) 443-3292
Email:  ahale@srhl-law.com
ssiegfried@srhl-law.com
ssobel@srhl-law.com

By:  /s/ Steven M. Siegfried
Steven M. Siegfried, Esq.
Florida Bar Number: 208851
Stuart Sobel, Esq.
Florida Bar Number:
Alton C. Hale, Jr., Esq.
Florida Bar Number: 987190

COLSON HICKS EIDSON GONZALEZ
MARTINEZ KALBAC & KANE
*Attorneys for Plaintiffs*
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: ervin@colson.com
patrick@colson.com

By:  /s/ Patrick S. Montoya
Ervin A. Gonzalez, Esq.
Florida Bar Number: 500720
Patrick S. Montoya, Esq.
Florida Bar Number: 524441

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of
Electronic Filing generated by CM/ECF on Apr 22, 2016, on all counsel of record on the service
list below.

**Eric Stephen Boos**
**Daniel Brandon Rogers**
Shook Hardy and Bacon LLP
201 S Biscayne Blvd Ste 3200
Miami, FL 33131
3053585171

3

Email: eboos@shb.com
droghers@shb.com

**Fredrick Howard Lebron McClure**
**J. Trumon Phillips**
DLA Piper LLP (US)
100 N. Tampa Street
Suite 2200
Tampa, FL 33602
813-229-2111
Fax: 813-229-1447
Email: fredrick.mcclure@dlapiper.com
trumon.phillips@dlapiper.com

**Harout Jack Samra**
DLA Piper LLP (US)
200 S Biscayne Blvd
Suite 2300
Miami, FL 33131
(305) 423-8534
Fax: (305) 437-8131
Email: harout.samra@dlapiper.com

**Alan Gary Kipnis**
**Jeffrey Brian Shapiro**
**Andrea Cox**
**Steven Myer Appelbaum**
Arnstein & Lehr
200 E Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
Email: agkipnis@arnstein.com
jbshapiro@arnstein.com
acox@arnstein.com
smappelbaum@arnstein.com

**Anne M. Rodgers**
**Barclay Nicholson**
**Carter W. Dugan**
Norton Rose Fulbright, US, LLP
Fulbright Tower
1301 McKinney
Suite 500
Houston, TX 77010-3095
713-651-5151

Email: anne.rodgers@nortonrosefulbright.com
Barclay.Nicholson@nortonrosefulbright.com
carter.dugan@nortonrosefulbright.com

**Gregory J. Wartman**
Saul Ewing, LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186
215-972-7548
Email: gwartman@saul.com

**Jacob J Liro**
**William Frederick Fink**
Wicker, Smith, O'Hara, McCoy & Ford, P.A.
2800 Ponce De Leon Blvd, Suite 800
Coral Gables, FL 33134
(305)448-3939
Email: jliro@wickersmith.com
wfink@wickersmith.com

**Armando Gustavo Hernandez**
Rumberger, Kirk and Caldwell, PA
80 SW 8th Street Suite 3000
Miami, FL 33130
786-472-0019
Email: ahernandez@rumberger.com
ssarason@rumberger.com

**Adam Alaee**
Foley & Lardner
100 N Tampa Street
Suite 2700 PO Box 3391
Tampa, FL 33601-3391
813-229-2300
Fax: 221-4210
Email: aalaee@foley.com

**Andrew Samuel Connell , Jr.**
Litchfield Cavo
600 Corporate Drive
Suite 600
Fort Lauderdale, FL 33334
954-689-3023
Fax: 954-689-3001
Email: connell@litchfieldcavo.com

**David R. Stechow**
Plunkett Cooney
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4000
Email: DStechow@plunkettcooney.com

**Alan Mirelman**
Ringer, Henry, Buckley & Seacord, P.A.
14 East Washington Street
Suite 200
Orlando, FL 32801
407-841-3800
Email: amirelman@ringerhenry.com

**Cindy Duque Bonilla**
WEINBERG WHEELER HUDGINS GUNN DIAL
255 South Orange Avenue Suite 1260
Orlando, FL 32801
407-734-7000
Email: cbonilla@wwhgd.com

**Michael Alan Hornreich**
Weinberg Wheeler Hudgins Gunn Dial
2601 S. Bayshore Dr.
Suite 1500
Miami, FL 33133
(305) 455-4509
Email: mhornreich@wwhgd.com