UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-24266-MARTINEZ/GOODMAN

WIND CONDOMINIUM ASSOCIATION,
INC., a Florida condominium association; and,
LATITUDE ON THE RIVER
CONDOMINIUM ASSOCIATION, INC., a
Florida condominium association,

Plaintiffs,

v.                                                            **CLASS ACTION**

ALLIED TUBE & CONDUIT
CORPORATION, a Delaware corporation;
TYCO INTERNATIONAL PLC, f/k/a TYCO
INTERNATIONAL, LTD., a foreign limited
company; TYCO FIRE PRODUCTS, LP, a
Delaware limited partnership; LUBRIZOL
ADVANCED MATERIALS, INC., f/k/a
NOVEON, INC. a Delaware corporation; THE
LUBRIZOL CORPORATION, an Ohio
corporation; THE VIKING CORPORATION, a
Michigan corporation; SUPPLY NETWORK,
INC., a/k/a VIKING SUPPLYNET, a Michigan
corporation; VICTAULIC COMPANY, a New
Jersey company, GEORG FISCHEL HARVEL
LLC, a Pennsylvania limited liability company;
NIBCO INC., an Indiana corporation; SPEARS
MANUFACTURING CO., a California
corporation; ATKORE INTERNATIONAL,
INC., f/n/a Tyco International Ltd. Electrical &
Metal Products division, a Delaware
corporation; HD SUPPLY WATERWORKS
GROUP, INC., a Delaware company; HD
SUPPLY WATERWORKS, LTD., a Florida
Limited Company;
　　　　　　　　　Defendants.
_____/

**PLAINTIFFS' MOTION & MEMORANDUM OF LAW FOR LEAVE TO AMEND
SECOND AMENDED COMPLAINT TO ADD NEW DEFENDANTS**

1

Plaintiffs, pursuant to Fed. R. Civ. P. 15 files this Motion to Amend the Second Amended Complaint[1] and in support thereof states as follows:

1. Plaintiffs seek to add new defendants to this case, the general contractor, developers and fire sprinkler installers of the Latitude and Wind Condominiums. Specifically, Plaintiffs seek to add Miami Riverfront Partners, LLC, Miami Riverwalk Investments, LLC, Suffolk Construction Company, Inc., Summers Fire Sprinklers, Inc., Neo Epoch 2, LLC, Coastal Construction of South Florida, Inc., and All Fire Services, Inc.

2. Plaintiffs' proposed Third Amended Complaint with the new defendants is attached hereto as Exhibit A.

3. Plaintiffs' proposed amendment is not done with undue delay or prejudice, as the Court entered its Scheduling Order at D.E. 196 permitting joinder of parties and amendments to pleadings until June 20, 2016. Moreover, discovery is only in its early stages in the case.

4. The additional defendants are necessary in light of Judge John Thornton's order in the case of Latitude on the River Condominium Association, Inc. v. Miami Riverwalk Partners, LLC, et al., pending in the Eleventh Judicial Circuit in and for Miami-Dade County, case no. 15-592. Judge Thornton required that Plaintiffs amend their complaint in this action to bring in the aforementioned defendants so that all of the fire sprinkler system issues were heard in the same forum. Ex. B, J. Thornton's Order of March 23, 2016.

5. As to the Wind Condominium Association, there is also a pending state court action, so Plaintiff is undertaking the same course of action as Plaintiff Latitude and added the developer, general contractor and fire sprinkler subcontractor to the Third Amended Complaint so that the claims are heard in the same forum.

---

[1] Plaintiffs note that they filed a motion for leave to amend their Amended Complaint that has not yet been ruled upon at docket entry 189.

6. Plaintiffs also added additional jurisdictional allegations at to Defendant Tyco International plc and dropped counts as to all Defendants based upon the South Florida Building Code.

## MEMORANDUM OF LAW

Pursuant to Fed. R. Civ. P. 15(a)(2), "The court should freely give leave when justice so requires." As set forth by the Eleventh Circuit Court of Appeals in *Rudolph v. Arthur Andersen & Co.,* 800 F.2d 1040, 1041 (11th Cir. 1986):

> A decision whether to grant leave to amend is within the discretion of the district court, *Foman v. Davis,* 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962), but that discretion is severely circumscribed. Federal Rule of Civil Procedure 15(a) declares that leave to amend "shall be freely given when justice so requires." Because "this mandate is to be heeded," there must be a "justifying reason" for a court to deny leave. *Foman,* 371 U.S. at 182, 83 S.Ct. at 230; *see also Halliburton & Associates *1042 v. Henderson, Few & Co.,* 774 F.2d 441, 443 (11th Cir.1985) ("substantial reason" needed).

Accordingly, liberality of allowing amendments of pleadings is needed to achieve the ends of justice. *See Gillespie v. United States Steel Corp.,* 379 U.S. 148, 158, 85 S.Ct. 308, 314, 13 L.Ed.2d 199 (1964).

WHEREFORE, Plaintiff requests that the Court enter an Order granting its Motion to Amend the Second Amended Complaint and deem the Third Amended Complaint, attached hereto as Exhibit A, filed from the date of entry of the Order.

## Certification pursuant to S.D. Fla. L.R. 7.1(a)(3)

Plaintiffs certify that on May 18, 2016 at 8:44 p.m. it sent an email out to all Defendants inquiring if they would oppose Plaintiffs' motion to amend asking for a response by 5:00 p.m. on May 19, 2016. Counsel for Lubrizol responded immediately that she would confer with her clients and advise of Lubrizol's position. On May 19, 2016, at 3:28 p.m. via email, counsel for the HD Supply Defendants advised Undersigned Counsel of the HD Supply Defendants' objection to the

requested relief. On May 19, 2016 at 4:03 p.m., Undersigned Counsel again requested via email that the remaining Defendants respond to its initial. On May 19, 2016, at 4:10 p.m., Counsel for the Viking Defendants requested a copy of the proposed pleading and motion stating that without which, Viking could not agree. On May 20 at 11:51 a.m., Undersigned Counsel sent to all Defendants the proposed Third Amended Complaint and explained the substance of what the motion would state, but that the motion was being redrafted in light of the objections from Defendants noted above. Since the last communication above, no other Defendants have responded.

Dated: May 21, 2016

        SIEGFRIED, RIVERA, HYMAN, LERNER,
        DE LA TORRE, MARS & SOBEL, P.A.
        *Attorneys for Plaintiffs*
        201 Alhambra Circle, Suite 1102
        Coral Gables, Florida 33134
        Phone: (305) 442-3334
        Fax: (305) 443-3292
        Email: ahale@srhl-law.com
        ssiegfried@srhl-law.com
        ssobel@srhl-law.com

        By: /s/ Steven M. Siegfried
        Steven M. Siegfried, Esq.
        Florida Bar Number: 208851
        Stuart Sobel, Esq.
        Florida Bar Number:
        Alton C. Hale, Jr., Esq.
        Florida Bar Number: 987190

        COLSON HICKS EIDSON GONZALEZ
        MARTINEZ KALBAC & KANE
        *Attorneys for Plaintiffs*
        255 Alhambra Circle, PH
        Coral Gables, Florida 33134
        Phone: (305) 476-7400
        Fax: (305) 476-7444
        Email: ervin@colson.com
        patrick@colson.com

By: /s/ Patrick S. Montoya
Ervin A. Gonzalez, Esq.
Florida Bar Number: 500720
Patrick S. Montoya, Esq.
Florida Bar Number: 524441

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF on May 21, 2016, on all counsel of record on the service list below.

**Eric Stephen Boos**
**Daniel Brandon Rogers**
Shook Hardy and Bacon LLP
201 S Biscayne Blvd Ste 3200
Miami, FL 33131
3053585171
Email: eboos@shb.com
droghers@shb.com


**Fredrick Howard Lebron McClure**
**J. Trumon Phillips**
DLA Piper LLP (US)
100 N. Tampa Street
Suite 2200
Tampa, FL 33602
813-229-2111
Fax: 813-229-1447
Email: fredrick.mcclure@dlapiper.com
trumon.phillips@dlapiper.com

**Harout Jack Samra**
DLA Piper LLP (US)
200 S Biscayne Blvd
Suite 2300
Miami, FL 33131
(305) 423-8534
Fax: (305) 437-8131
Email: harout.samra@dlapiper.com

**Alan Gary Kipnis**
**Jeffrey Brian Shapiro**
**Andrea Cox**
**Steven Myer Appelbaum**

Arnstein & Lehr
200 E Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
Email: agkipnis@arnstein.com
jbshapiro@arnstein.com
acox@arnstein.com
smappelbaum@arnstein.com

**Anne M. Rodgers**
**Barclay Nicholson**
**Carter W. Dugan**
Norton Rose Fulbright, US, LLP
Fulbright Tower
1301 McKinney
Suite 500
Houston, TX 77010-3095
713-651-5151
Email: anne.rodgers@nortonrosefulbright.com
Barclay.Nicholson@nortonrosefulbright.com
carter.dugan@nortonrosefulbright.com

**Gregory J. Wartman**
Saul Ewing, LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186
215-972-7548
Email: gwartman@saul.com

**Jacob J Liro**
**William Frederick Fink**
Wicker, Smith, O'Hara, McCoy & Ford, P.A.
2800 Ponce De Leon Blvd, Suite 800
Coral Gables, FL 33134
(305)448-3939
Email: jliro@wickersmith.com
wfink@wickersmith.com

**Armando Gustavo Hernandez**
Rumberger, Kirk and Caldwell, PA
80 SW 8th Street Suite 3000
Miami, FL 33130
786-472-0019
Email: ahernandez@rumberger.com
ssarason@rumberger.com

**Adam Alaee**
Foley & Lardner
100 N Tampa Street
Suite 2700 PO Box 3391
Tampa, FL 33601-3391
813-229-2300
Fax: 221-4210
Email: aalaee@foley.com

**Andrew Samuel Connell , Jr.**
Litchfield Cavo
600 Corporate Drive
Suite 600
Fort Lauderdale, FL 33334
954-689-3023
Fax: 954-689-3001
Email: connell@litchfieldcavo.com

**David R. Stechow**
Plunkett Cooney
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4000
Email: DStechow@plunkettcooney.com

**Alan Mirelman**
Ringer, Henry, Buckley & Seacord, P.A.
14 East Washington Street
Suite 200
Orlando, FL 32801
407-841-3800
Email: amirelman@ringerhenry.com

**Cindy Duque Bonilla**
WEINBERG WHEELER HUDGINS GUNN DIAL
255 South Orange Avenue Suite 1260
Orlando, FL 32801
407-734-7000
Email: cbonilla@wwhgd.com

**Michael Alan Hornreich**
Weinberg Wheeler Hudgins Gunn Dial
2601 S. Bayshore Dr.
Suite 1500
Miami, FL 33133

(305) 455-4509
Email: mhornreich@wwhgd.com


**Joy Spillis Lundeen**
**David C. Pollack**
**Kelly R. Melchiondo**
Stearns Weaver Miller Weissler Alhadeff & Sitterson. P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Tel: 305-789-3200 Fax: 305-789-3395
jlundeen@stearnsweaver.com
dpollack@stearnsweaver.com
kmelchiondo@stearnsweaver.com
Counsel for Lubrizol Advanced Materials, In. f/k/a/ Noveon, Inc.