UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-24266-WILLIAMS

WIND CONDOMINIUM ASSOCIATION,
INC., a Florida condominium association; and,
LATITUDE ON THE RIVER
CONDOMINIUM ASSOCIATION, INC., a
Florida condominium association,

Plaintiffs,

v.                                                                    **CLASS ACTION**

ALLIED TUBE & CONDUIT
CORPORATION, a Delaware corporation;
TYCO INTERNATIONAL PLC, f/k/a TYCO
INTERNATIONAL, LTD., a foreign limited
company; TYCO FIRE PRODUCTS, LP, a
Delaware limited partnership; LUBRIZOL
ADVANCED MATERIALS, INC., f/k/a
NOVEON, INC. a Delaware corporation; THE
LUBRIZOL CORPORATION, an Ohio
corporation; THE VIKING CORPORATION, a
Michigan corporation; SUPPLY NETWORK,
INC., a/k/a VIKING SUPPLYNET, a Michigan
corporation; VICTAULIC COMPANY, a New
Jersey company, GEORG FISCHEL HARVEL
LLC, a Pennsylvania limited liability company;
NIBCO INC., an Indiana corporation; SPEARS
MANUFACTURING CO., a California
corporation; ATKORE INTERNATIONAL,
INC., f/n/a Tyco International Ltd. Electrical &
Metal Products division, a Delaware
corporation; HD SUPPLY WATERWORKS
GROUP, INC., a Delaware company; HD
SUPPLY WATERWORKS, LTD., a Florida
Limited Company;
                    Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN
DEFENDANTS AND PARTIALLY UNOPPOSED MOTION FOR VOLUNTARY
DISMISSAL, WITHOUT PREJUDICE**

Plaintiffs, pursuant to Fed. R. Civ. P. 41 and the Court's Order at D.E. 226, Plaintiffs file this Notice of Voluntary Dismissal as to Certain Defendants and Partially Unopposed Motion for Voluntary Dismissal, Without Prejudice as to Certain Defendants, and in support thereof states as follows:

## FACTS & MEMORANDUM OF LAW

On June 30, 2016, the Court entered an Order directing Plaintiffs to advise the Court on or before July 29, 2016, to either file a motion to substitute the class representatives in this matter or advise the Court that they intend to proceed with the current class representatives. D.E. 226. On July 28, 2016, Plaintiffs advised the Court that they have elected to proceed with their claims in the Eleventh Judicial Circuit in and for Miami-Dade County. D.E. 230. Plaintiffs have filed separate CPVC products liability focused complaints in the Eleventh Judicial Circuit in and for Miami-Dade County to avoid the splitting of causes of action.

As to the instant case, Plaintiffs note that Defendants Nibco and Lubrizol answered the Complaint. D.E. 90, 100. Lubrizol answered the Amended Complaint. D.E. 145. Accordingly, as to Defendants Nibco and Lubrizol, Plaintiffs could not, by notice and without Court order, dismiss Nibco and Lubrizol. Fed. R. Civ. P. 41(a)(1)(A). Plaintiffs have conferred with counsel for Defendant Nibco and it has no objection to the instant motion.

Plaintiffs also conferred with counsel for Lubrizol. Lubrizol's counsel was unable to reach its client due to the client travelling and could not report back to Plaintiffs' counsel its position. Given the Court's Order to report to it by today, in an abundance of caution, Plaintiffs filed the instant motion before Lubrizol's counsel could hear back from its client. "[I]n most cases, a voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." *McCants v. Ford Motor Co., Inc.,* 781 F.2d

855, 857 (11th Cir.1986) *Id.* at 856–57. "The crucial question to be determined is, Would the defendant lose any substantial right by the dismissal." *Durham v. Florida East Coast Ry. Co.,* 385 F.2d 366, 368 (5th Cir.1967). Here, there is no clear legal prejudice. No discovery has been conducted in this matter and no motions are pending. There is no substantive right that Plaintiffs are aware of that Lubrizol would lose by the dismissal of this case.

Plaintiffs are permitted, by the instant notice under Fed. R. Civ. P. 41(a)(1)(A)(i), to dismiss the remaining Defendants. *Id.*; *Aggregates (Carolina), Inc. v. Kruse,* 134 F.R.D. 23, 25 (D. Puerto Rico 1991). Nonetheless, in an abundance of caution, to avoid any confusion, and to advise the Court further of Plaintiffs' position and events in this matter, Plaintiffs filed the instant motion and notice contacted all Defendants in this matter.

WHEREFORE, Plaintiffs pursuant to Fed. R. Civ. P. 41, hereby move the Court for an Order dismissing this matter without prejudice as to the answering Defendants, Nibco and Lubrizol. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) via the Notice of Voluntary Dismissal the remaining Defendants are dismissed as a matter of right, without prejudice.

### Certification pursuant to S.D. Fla. L.R. 7.1(a)(3)

Plaintiffs certify that Nibco had no objection to the instant motion and that Lubrizol's counsel had not yet heard back from its client. As to Defendants that are dismissed via the Notice of Voluntary Dismissal as a matter of right, Plaintiffs conferred with the remaining Defendants and the following Defendants had no objection: Viking Defendants, Spears Manufacturing, Victaulic, HD Supply Defendants, Allied, Atkore, Tyco Fire and Georg Fischer Harvel.

Dated: July 29, 2016.

        SIEGFRIED, RIVERA, HYMAN, LERNER,
        DE LA TORRE, MARS & SOBEL, P.A.
        *Attorneys for Plaintiffs*
        201 Alhambra Circle, Suite 1102

Coral Gables, Florida 33134
Phone: (305) 442-3334
Fax: (305) 443-3292
Email:  ahale@srhl-law.com
ssiegfried@srhl-law.com
ssobel@srhl-law.com

By:  /s/ Steven M. Siegfried
Steven M. Siegfried, Esq.
Florida Bar Number: 208851
Stuart Sobel, Esq.
Florida Bar Number:
Alton C. Hale, Jr., Esq.
Florida Bar Number: 987190

COLSON HICKS EIDSON GONZALEZ
MARTINEZ KALBAC & KANE
*Attorneys for Plaintiffs*
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: ervin@colson.com
patrick@colson.com

By:  /s/ Patrick S. Montoya
Ervin A. Gonzalez, Esq.
Florida Bar Number: 500720
Patrick S. Montoya, Esq.
Florida Bar Number: 524441

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF on July 29, 2016, on all counsel of record on the service list below.

**Eric Stephen Boos**
**Daniel Brandon Rogers**
Shook Hardy and Bacon LLP
201 S Biscayne Blvd Ste 3200
Miami, FL 33131
3053585171
Email: eboos@shb.com
droghers@shb.com

**Alan Gary Kipnis**
**Jeffrey Brian Shapiro**
**Andrea Cox**
**Steven Myer Appelbaum**
Arnstein & Lehr
200 E Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
Email: agkipnis@arnstein.com
jbshapiro@arnstein.com
acox@arnstein.com
smappelbaum@arnstein.com

**Anne M. Rodgers**
**Barclay Nicholson**
**Carter W. Dugan**
Norton Rose Fulbright, US, LLP
Fulbright Tower
1301 McKinney
Suite 500
Houston, TX 77010-3095
713-651-5151
Email: anne.rodgers@nortonrosefulbright.com
Barclay.Nicholson@nortonrosefulbright.com
carter.dugan@nortonrosefulbright.com

**Gregory J. Wartman**
Saul Ewing, LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186
215-972-7548
Email: gwartman@saul.com

**Jacob J Liro**
**William Frederick Fink**
Wicker, Smith, O'Hara, McCoy & Ford, P.A.
2800 Ponce De Leon Blvd, Suite 800
Coral Gables, FL 33134
(305)448-3939
Email: jliro@wickersmith.com
wfink@wickersmith.com

**Armando Gustavo Hernandez**
Rumberger, Kirk and Caldwell, PA
80 SW 8th Street Suite 3000

Miami, FL 33130
786-472-0019
Email: ahernandez@rumberger.com
ssarason@rumberger.com

**Adam Alaee**
Foley & Lardner
100 N Tampa Street
Suite 2700 PO Box 3391
Tampa, FL 33601-3391
813-229-2300
Fax: 221-4210
Email: aalaee@foley.com

**Andrew Samuel Connell , Jr.**
Litchfield Cavo
600 Corporate Drive
Suite 600
Fort Lauderdale, FL 33334
954-689-3023
Fax: 954-689-3001
Email: connell@litchfieldcavo.com

**David R. Stechow**
Plunkett Cooney
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4000
Email: DStechow@plunkettcooney.com

**Alan Mirelman**
Ringer, Henry, Buckley & Seacord, P.A.
14 East Washington Street
Suite 200
Orlando, FL 32801
407-841-3800
Email: amirelman@ringerhenry.com

**Cindy Duque Bonilla**
WEINBERG WHEELER HUDGINS GUNN DIAL
255 South Orange Avenue Suite 1260
Orlando, FL 32801
407-734-7000
Email: cbonilla@wwhgd.com

**Michael Alan Hornreich**
Weinberg Wheeler Hudgins Gunn Dial
2601 S. Bayshore Dr.
Suite 1500
Miami, FL 33133
(305) 455-4509
Email: mhornreich@wwhgd.com


**Joy Spillis Lundeen**
**David C. Pollack**
**Kelly R. Melchiondo**
Stearns Weaver Miller Weissler Alhadeff & Sitterson. P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Tel: 305-789-3200 Fax: 305-789-3395
jlundeen@stearnsweaver.com
dpollack@stearnsweaver.com
kmelchiondo@stearnsweaver.com
Counsel for Lubrizol Advanced Materials, In. f/k/a/ Noveon, Inc.