UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-24266-CIV-WILLIAMS

WIND CONDOMINIUM
ASSOCIATION, INC., et al.,

    Plaintiffs,

vs.

ALLIED TUBE & CONDUIT
CORPORATION, et al.,

    Defendants.
_____/

### ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court on Plaintiffs' notice of voluntary dismissal (DE 230) and motion to dismiss. (DE 231). On July 28, 2016, Plaintiffs filed a notice voluntarily dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which permits a plaintiff to dismiss an action without court order by filing an notice before the opposing party serves either an answer or a motion for summary judgment. (DE 230). On July 29, 2016, Plaintiffs moved to dismiss Defendants Nibco Inc. ("Nibco") and Defendants Lubrizol Advanced Materials, Inc. and The Lubrizol Corporation (the "Lubrizol Defendants") without prejudice because these Defendants had answered Plaintiffs' pleadings. (DE 90; DE 100). Nibco does not object to the motion, but counsel for the Lubrizol Defendants had not heard back from their client by the time the motion was filed.

Upon review of the notice, motion, and the record, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants Allied Tube & Conduit Corporation, Tyco International Plc, Tyco Fire Products, LP, The Viking Corporation, Supply Network, Inc., Victaulic Company, Georg Fischel Harvel LLC, Spears Manufacturing Co., Atkore International, Inc., HD Supply Waterworks Group, Inc. and HD Supply Waterworks, Ltd., are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), each party to bear its own attorneys' fees and costs.

2. Plaintiffs' motion to dismiss (DE 231) is **GRANTED** and Defendants Nibco, Inc., Lubrizol Advanced Materials, Inc. and the Lubrizol Corporation are **DISMISSED WITHOUT PRJEUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own attorneys' fees and costs.

3. All pending motions are **DENIED AS MOOT**.

4. All deadlines and hearings are **CANCELED**. The case is **REMOVED** from the trial calendar.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of August, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE